# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01889-BNB

LESTER L. WASHINGTON, Bth, MA, M.ED., ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Response/and Motion to Enter Response . . ." (docket #12) filed on August 20, 2010, is DENIED.

Dated: August 23, 2010